**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**MAY 1 2 2016**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                                          DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| ex rel. James Brooks, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. A. No. 1:16-cv-00033-SS *SEALED* |
| | § | |
| JEFFREY ORMSBY, et al., | § | **FILED UNDER SEAL** |
| Defendants. | § | |

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

Relator James Brooks, a pro se inmate at the Federal Correctional Institution – Bastrop,

filed this qui tam action on January 19, 2016 [Dkt. #1], but did not serve his Complaint or

Motion to Seal on the United States. Upon learning of the existence of this lawsuit, the United

States obtained the Complaint and reviewed the relator's allegations.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies

the Court of its decision not to intervene in this action.

Generally speaking, the False Claims Act allows a relator to maintain a declined qui tam

action in the name of the United States, and provides that the "action may be dismissed only if

the court and the Attorney General give written consent to the dismissal and their reasons for

consenting." 31 U.S.C. § 3730(b)(1). The United States notes, however, that a pro se relator

may not prosecute a qui tam action because the United States remains the real party in interest,

even when it has declined to intervene. See U.S. ex rel. Stoner v. Santa Clara County Office of

Educ., 502 F.3d 1116, 1125-28 (9th Cir. 2007); Timson v. Sampson, 518 F.3d 870, 872-874

(11th Cir.2008); U.S. ex rel. Mergent Services v. Flaherty, 540 F.3d 89, 92-94 (2d Cir. 2008);

see also Safir v. Blackwell, 579 F.2d 742, 745 n.4 (2d Cir.1978); U.S. v. Onan, 190 F.2d 1, 6

(8th Cir.1951); U.S. ex rel. White v. The Apollo Group, Inc., 2006 WL 487853, *3 (W.D. Tex. Jan. 6, 2006).  At this time, the United States takes no position as to whether this action should be dismissed due to the relator's pro se status.  The United States does not oppose a reasonable extension of time for the relator to secure attorney representation.

The United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  A proposed order accompanies this Notice.

Date:  May 11, 2016                            Respectfully submitted,

                                               RICHARD L. DURBIN, JR.
                                               United States Attorney

                            By:    _____
                                               JOHN J. LoCURTO
                                               Texas Bar No. 24073750
                                               Assistant United States Attorney
                                               601 N.W. Loop 410, Suite 600
                                               San Antonio, Texas  78216
                                               Tel:  (210) 384-7362
                                               Fax:  (210) 384-7322
                                               Email:  john.locurto@usdoj.go

## CERTIFICATE OF SERVICE

I certify that, on May 11, 2016, I caused the foregoing Notice to be served on relator via

CERTIFIED MAIL as follows:

James Brooks
39327129
FCI Bastrop
P.O. Box 629
Bastrop, TX 78602

JOHN J. LoCURTO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. James Brooks, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. A. No. 1:16-cv-00033-SS |
| JEFFREY ORMSBY, et al., | § § | |
| Defendants. | § § | |

## DECLINATION AND UNSEALING ORDER

The Court, having noted that the United States declined to intervene in this action

pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), enter the following orders:

IT IS ORDERED that,

1. the complaint and all filings in this action be unsealed and served upon the defendant

by the relator within ____ days of the date of this Order;

2. the seal be and hereby is lifted as to all matters occurring in this action, both before

and after the date of this Order;

3. the relator shall notify the court within ____ days of the date of this Order whether the

relator has secured attorney representation in this action;

4. the parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for

good cause shown, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

Signed this _____ day of _____, 2016

_____
HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE